DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM CORNISH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1509

_____

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Kimberly Campbell, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, CASANUEVA, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.